**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VERONICA AGUILAR-BALDERAMA,<br><br>        Defendant. | Case No.:  14CR0747-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

   Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

   IT IS ORDERED that the Indictment in Criminal Case No. 14CR0747-LAB against defendant VERONICA AGUILAR-BALDERAMA be, and hereby is, dismissed;

   IT IS SO ORDERED.

DATED: July 24, 2014

_____
HON. LARRY ALAN BURNS
United States District Judge